**FILED**
CLERK, U.S. DISTRICT COURT
4/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VALENTIN VIDAL-LOPEZ,<br>  aka "Valentin Vidal,"<br>  aka "Wreck,"<br>  aka "Valentin Lopez Vidal,"<br>  aka "Christopher Morales,"<br><br>    Defendant. | 2:25-cr-00314-MWF<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(2):<br>Illegal Alien Found in the United States Following Deportation or Removal] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about January 26, 2025, defendant VALENTIN VIDAL-LOPEZ, also known as ("aka") "Valentin Vidal," aka "Wreck," aka "Valentin Lopez Vidal," aka "Christopher Morales," an alien, who had been officially deported and removed from the United States on or about May 21, 2018, was found in Ventura County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary

1  for Homeland Security, to reapply for admission to the United States
2  following deportation and removal.
3      Defendant's previously alleged deportation and removal from the
4  United States occurred subsequent to defendant's conviction for the
5  following aggravated felony: Attempted Murder, in violation of
6  California Penal Code §§ 664 and 187(a), on or about January 11,
7  2011, in the Superior Court of the State of California, County of Los
8  Angeles, case number MA044680-02, for which he was sentenced to nine
9  years' imprisonment.

                                         A TRUE BILL


                                         /S/
                                         Foreperson


BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

MIRI SONG
Assistant United States Attorney
Chief, Domestic Security &
Immigration Crimes Section

SCOTT M. LARA
Deputy Chief, Domestic Security &
Immigration Crimes Section

JOHN D. ELLIS
Assistant United States Attorney
Domestic Security & Immigration
Crimes Section